```
                         United States Bankruptcy Court
                          Eastern District of California
In re:                                                       Case No. 12-19490-A
Samuel James Lloyd                                           Chapter 7
Annie Mae Lloyd
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0972-1           User: admin              Page 1 of 2              Date Rcvd: Apr 19, 2013
                               Form ID: L51             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: kendra@salven-cpa.com Apr 20 2013 04:59:52     James Edward Salven,   PO Box 25970,
                 Fresno, CA 93729-5970
                                                                                                   TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0972-1           User: admin               Page 2 of 2               Date Rcvd: Apr 19, 2013
                               Form ID: L51              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2013 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0

FORM L51 Final Decree  (v.7.06)                                                                    12−19490 − A − 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721−1318

(559) 499−5800
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**4/19/13**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# FINAL DECREE

**Case Number:**    12−19490 − A − 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Samuel James Lloyd
xxx−xx−8821

1770 Marie Lane
Merced, CA 95340

Annie Mae Lloyd
xxx−xx−9678

1770 Marie Lane
Merced, CA 95340

**Trustee:**     James Edward Salven
PO Box 25970
Fresno, CA 93729

**Telephone Number:**     559−230−1095

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7−500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above−entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
4/19/13

For the Court,
Wayne Blackwelder , Clerk